## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC MICHAEL SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>MINNESOTA DEPARTMENT OF<br>HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 20-CV-501 (NEB/LIB)<br><br><br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION |

The Court has received the November 13, 2020, Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 74.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 74) is ACCEPTED;

2. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 47) is GRANTED;

3. Plaintiff's Motion for Partial Summary Judgment as to Count I of Amended Complaint and Notice (ECF No. 55) is DENIED AS MOOT; and

4. Plaintiff's Amended Verified Complaint (ECF No. 31-2) is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 18, 2020                BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge